# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-113 |
| Plaintiff, | JUDGE Marbley |
| vs. | INDICTMENT |
| KAREIM A. BOWIE, a/k/a "KJ," | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | FORFEITURE ALLEGATION |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 JUL 30 PM 12: 40
US DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of a Firearm)

On or about June 22, 2024, in the Southern District of Ohio, the defendant, **KAREIM A. BOWIE, a/k/a "KJ,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—specifically: a Taurus, Model G2C, 9mm pistol (S/N ABL139088)—and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION
### (Firearms and Ammunition)

The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of Count 1, the defendant, **KAREIM A. BOWIE, a/k/a "KJ,"** shall forfeit to the United States any firearms or ammunition involved or used in such offense, including, but not limited to the following: (1) a Taurus, Model G2C, 9mm pistol (S/N: ABL139088); and (2) any associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

s/FOREPERSON
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**